UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Quintana Joe Martinez,<br><br>                Plaintiff,<br><br>v.<br><br>Steven John Tuhy,<br><br>                Defendant. | Case No. 25-cv-2290 (ADM/DLM)<br><br>**ORDER ON<br>REPORT AND<br>RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation (ECF No. 3) of the United States Magistrate Judge Douglas L. Micko. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF No. 3) is **ADOPTED**; and

2. Plaintiff Quintana Joe Martinez's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

3. Mr. Martinez's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 25, 2025                           s/Ann D. Montgomery
                                               ANN D. MONTGOMERY
                                               United States District Judge